UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS ANTHONY EWING; KATHERINE WEST,<br><br>          Plaintiffs,<br><br>    v.<br><br>GOOD SAMARITAN HOSPITAL; KENNETH M. EDSTROM, M.D., FACOG, SUSAN WEBBER, MSSW, ACSW; STATE OF WASHINGTON DEPT. OF CHILDREN AND FAMILY SERVICES; DSHS CPS SOCIAL WORKER AMANDA JOHNSON; CITY OF PUYALLUP POLICE DEPARTMENT; PIIC FACILITY; and JOHN AND JANE DOES 1-100, INDIVIDUALLY AND AS HUSBAND'S AND WIFE'S [sic] AND/OR ALL MARITAL OR COMMUNITY PROPERTY,<br><br>          Defendants. | NO. C07 5709 FDB<br><br>ORDER GRANTING DEFENDANT GOOD SAMARITAN HOSPITAL'S MOTION FOR A MORE DEFINITE STATEMENT |

THIS MATTER regularly came before the Court upon the motion of Defendant Good Samaritan Hospital. The Court is familiar with the records and files herein and has considered the following documents:

    1.      Plaintiffs' Complaint for Declaratory Relief, Injunctive Relief, and Money Damages;

    2.      Defendant Good Samaritan Hospital's Motion for a More Definite Statement;

Now, therefore,

**IT IS HEREBY ORDERED** that Defendant Good Samaritan Hospital's Motion for a More Definite Statement is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file no later than February 23, 2009, an amended complaint, to include the following details:

a. The identity of Miles Tejano Jr., Phoenix Rising Ewing, and Baby Boy West and the basis for their claims for relief, if any;

b. The identity of "Baby Boy West" by birth month and year or other information sufficient to identify this person;

c. For each stated cause of action or claim for relief, the specific date or dates of the alleged wrongful conduct;

d. For each stated cause of action or claim for relief, the location of the alleged wrongful conduct; and

e. For each stated cause of action or claim for relief, the name, description, or identity of the person or agent who plaintiffs contend committed the wrongful act.

Dated this 26th day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE