1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8  LUIS ANTHONY EWING et al.,
9                                                    CV07-5709FDB
                        Plaintiff,
10
        vs
11                                                   MINUTE ORDER
12  GOOD SAMARITAN HOSPITAL, et al.,
13                    Defendant.
14
15

16  NOW, on this 24th day of July, 2009, the Court directs the Clerk to enter the
17  following Minute Order:

18      The Defendant, Good Samaritan Hospital's Motion for Summary Judgment
19      (Dkt. No. 42) is re-noted from July 31, 2009 to **August 28, 2009.**
20      Plaintiff's Motion (Dkt. No. 49) and Defendant's Motion (Dkt. No. 45) for
21      continuance of deadlines is Granted. The deadline for Initial Disclosures
22      pursuant to FRCP 26(a) is extended to **September 25, 2009.** Joint Status
23      Report deadline is extended to **October 2, 2009.** There is no oral argument
24      set at this time.
25
26      Plaintiff's are directed to keep the Court and all parties, apprised of their
27      current address.

28  The foregoing Minute Order entered at the direction of the Honorable Franklin D.
    Burgess, United States District Judge.

                                    __/s/ **Pat LeFrois**____
                                    Pat LeFrois
                                    Courtroom Deputy