**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

LUIS ANTHONY EWING, KATHERINE WEST,

Plaintiffs,

v.

GOOD SAMARITAN HOSPITAL; KENNETH M. EDSTROM, M.D., FACOG; SUSAN WEBBER, MSSW, ACSW; STAT OF WASHINGTON Department Of Children And Family Services; DSHS CPS Social Worker AMANDA JOHNSON; CITY OF PUYALLUP POLICE DEPARTMENT; PIIC FACILITY; and JOHN AND JANE DOES 1-100, individually and as Husband's and Wife's and/or all Marital or Community Property,

Defendants.

NO. 07-5709 FDB

DEFENDANTS' INITIAL DISCLOSURES

Defendants, State of Washington and Amanda Johnson, hereby submit their initial disclosures of witnesses and exhibits in accordance with FRCP 26(a)(1):



ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

**WITNESSES – NAMED PARTIES**

**1. LUIS EWING**
Pro Se Plaintiff
1910 146th St. Ct. E
Tacoma, WA 98445

Luis Ewing is one of two plaintiffs in this case. He will be called to testify regarding the allegations in his Amended Complaint for Declaratory Relief, Injunctive Relief and Money Damages filed with the court on March 13, 2009.

**2. KATHERINE WEST**
Pro Se Plaintiff
1910 146th St. Ct. E
Tacoma, WA 98445

Katherine West is one of two plaintiffs in this case. She will be called to testify regarding the allegations in her Amended Complaint for Declaratory Relief, Injunctive Relief and Money Damages filed with the court on March 13, 2009.

**3. SUSAN WEBBER**
c/o: Michelle Garzon
Williams Kastner & Gibbs
1301 A. Street, Suite 900
Tacoma, WA 98402

Susan Webber is a named defendant in this case. She was a Social Worker at Good Samaritan Hospital during the events in this case. She may be called to testify regarding her knowledge of the plaintiffs' and their allegations.

**4. AMANDA JOHNSON**
c/o: Garth Ahearn
Attorney General's Office
P.O. Box 2317
Tacoma, WA 98401-2317

Ms. Johnson is a named defendant in this case. She was a Child Protective Services Social Worker during the time of the events in this case. She may be called to testify regarding her knowledge of the plaintiffs' and their allegations.

**WITNESSES**

**5. COREYANN UYENO**
CPS Catchment 2
1949 S. State Street
Tacoma, WA 98405

Ms. Uyeno may be called to testify regarding her knowledge of the plaintiffs' and their allegations.

**6. LISA WINTERS**
CPS Catchment 2
1949 S. State Street
Tacoma, WA 98405

Ms. Winters may be called to testify regarding her knowledge of the plaintiffs' and their allegations.

**7. JENNELL (last name unknown at this time)**
University of Washington,
Parent Child Assistance Program (PCAP)
Box 357920
Seattle, WA 98195-7920

Janelle may be called to testify regarding her knowledge of the plaintiffs' and their allegations.



ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

**8. JEN GIBBS, Case Manager PICC**
Pediatric Interim Care Center
328 4th Avenue South
Kent, WA 98032

Ms. Gibbs may be called to testify regarding her knowledge of the plaintiffs' and their allegations.

**DOCUMENTS**

1. Children's Administration File #27D5742210 regarding the plaintiffs in this case. Documents Numbered 01020003-27.

DATED this 25th day of September, 2009.

ROBERT M. MCKENNA
Attorney General

/s/ Garth Ahearn
GARTH AHEARN, WSBA No. 29840
Assistant Attorney General



ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2009, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cheryl Fandel Carlson ccarlson@co.puyallup.wa.us
Attorney for Puyallup Police Department

Inslee Best Doezie & Ryder slydon@insleebest.com
Attorney for PIIC Facility

and also sent a hard copy of the foregoing document to Pro Se Plaintiffs Luis Anthony Ewing and Katherine West at 1910 147th Street Court East, Tacoma, WA 98445.

/s/ Garth Ahearn
GARTH AHEARN, WSB #29840
Assistant Attorney General



ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243