# FAMILY FACE SHEET

| | | CASE NUMBER (L.O.PROG-BASIC SUFFIX) | | DATE COMPLETED |
|---|---|---|---|---|
| 1. NAME | LAST | FIRST | | MIDDLE |

2. CROSS REFERENCE  A.K.A. OTHER I.D.

| | | | 3. MARITAL STATUS | |
|---|---|---|---|---|
| 4.  MAIDEN NAME | 5.  U.S. CITIZEN | 6.  PRIMARY LANGUAGE | ☐ Married  ☐ Single  ☐ Divorced  ☐ Separated  ☐ Widowed | |

| 7. SEX | 8. RACE | 9. BIRTHDATE | 10. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| | | | |

| 11. DATE | 12. CURRENT ADDRESS | 13. TELEPHONE | 14. DATE | 15. CURRENT ADDRESS | 16. TELEPHONE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**FAMILY DATA**

**FATHER**

| NAME | | LAST KNOWN ADDRESS | MARITAL STATUS |
|---|---|---|---|
| LAST KNOWN EMPLOYER OR INCOME SOURCE | | | WORK TELEPHONE |

| SOCIAL SECURITY NUMBER | BIRTHDATE | DATE OF DEATH | RACE | U.S. CITIZEN | PRIMARY LANGUAGE | HOME TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

**MOTHER**

| NAME | | LAST KNOWN ADDRESS | MARITAL STATUS |
|---|---|---|---|
| LAST KNOWN EMPLOYER OR INCOME SOURCE | | | WORK TELEPHONE |

| SOCIAL SECURITY NUMBER | BIRTHDATE | DATE OF DEATH | RACE | U.S. CITIZEN | PRIMARY LANGUAGE | HOME TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

**STEP PARENT**

| NAME | | LAST KNOWN ADDRESS | MARITAL STATUS |
|---|---|---|---|
| LAST KNOWN EMPLOYER OR INCOME SOURCE | | | WORK TELEPHONE |

| SOCIAL SECURITY NUMBER | BIRTHDATE | DATE OF DEATH | RACE | U.S. CITIZEN | PRIMARY LANGUAGE | HOME TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

| NAMES OF SIBLINGS (UNDER AGE 18) | SEX (M/F) | BIRTHDATE | U.S. CITIZEN | RACE | RELATION FULL/HALF/ STEP | CHILD'S PRESENT LOCATION | CHILD'S LEGAL STATUS |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

OTHER SIGNIFICANT DATA (RELATIVES, OTHER HOUSEHOLD MEMBERS, OTHER ABSENT PARENTS, ETC.)

DSHS 14-024 (REV. 02/1990) (A/C 02/2000)

Ewing
01020003



# HEALTH AND EDUCATION RECORD

| CHILD'S NAME | CASE NUMBER | DATE | ☐ Initial ☐ Update |
|---|---|---|---|

## A. HEALTH INFORMATION

**1. NAME OF CHILD'S DOCTOR (Current)**

**2. DATE(S) PROVIDED CARE**
From: To:

**3. ADDRESS** STREET CITY STATE ZIP CODE

**4. NAME OF CHILD'S DENTIST**

**5. DATE(S) PROVIDED CARE**
From: To:

**6. ADDRESS** STREET CITY STATE ZIP CODE

**7. NAME OF CHILD'S THERAPIST/COUNSELOR**

**8. DATE(S) PROVIDED CARE**
From: To:

**9. ADDRESS** STREET CITY STATE ZIP CODE

**10. ATTACH:** Record of child's immunization.
Examples: Certificate of Immunization Status, DOH 34B-013 (formerly DSHS 13-263) or Health Department's copy of immunizations.

## B. MEDICAL INFORMATION

**1. CHILD'S KNOWN MEDICAL PROBLEMS:** Describe ongoing problems, allergies, etc.

AL

DENTAL

PSYCHOLOGICAL

PHYSICAL THERAPY

GENETIC / HEREDITARY INDICATORS: The mother's or father's illnesses, etc., that child may inherit even though there are no signs at present.

LAST ILLNESS (Measles, chicken pox, etc.)

**2. CHILD'S MEDICATIONS:** List medications used daily by prescriptions during current illness.

| MEDICATION | DOSAGE | INSTRUCTIONS | REASON |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(Health and Education.dot) Revised 3/11/96



# ETHNIC IDENTITY REQUEST

**The Indian Child Welfare Act is a Federal Law requiring that all Indian children be identified and the tribe notified of out-of-home placement.  To assist in this process all biological parents need to complete this form prior to a private agency accepting a child into care.**

NAME OF CHILD (PRINT) _____   DATE _____

I, _____ and I, _____
    BIOLOGICAL MOTHER (PLEASE PRINT NAME)             BIOLOGICAL FATHER (PLEASE PRINT NAME)

hereby acknowledge that _____ is of the following
                            NAME OF CHILD (PLEASE PRINT NAME)

ethnic heritage:

Mother:

    Indian blood:    ☐ Yes    ☐ No

    Tribe: _____

    ☐ Identity of the tribe unknown

    Blood degree: _____

    ☐ Blood degree unknown

Father:

    Indian blood:    ☐ Yes    ☐ No

    Tribe: _____

    ☐ Identity of the tribe unknown

    Blood degree: _____

    ☐ Blood degree unknown

MOTHER'S SIGNATURE _____

FATHER'S SIGNATURE _____   DATE _____

                                                     DATE

CASEWORKER SIGNATURE _____   DATE _____

AGENCY STREET ADDRESS _____   TELEPHONE NUMBER _____

                          CITY          STATE        ZIP CODE

**Maintain the original copy in the case file.  Within ten (10) working days after completion of form, send a copy to the Division of Children and Family Services (DCFS) Regional Administrator; and, if the child is Indian, send a copy to the INDIAN CHILD WELFARE SPECIALIST, 082, MAIL STOP: 45710, PO BOX 45710, OLYMPIA WA**

0102000605710



**Washington State**
**DEPARTMENT OF**
**SOCIAL & HEALTH**
**SERVICES**

| | | | | |
|---|---|---|---|---|
| **Referral ID** | 1675204 | **Received** | 12/06/2005 15:35 | |
| **Decision** | Accepted | **Program** | Child Protective Services | |
| **Primary Caretaker** | WEST, KATHERINE | | | |

## REFERRAL, WORKER, AND SUPERVISOR DETAIL

**Case ID:**      **Intake Decision:** Accepted

**Response Time:** Emergent   **Investigation Standard:** High Standard     *6/23/01*

**Risk Tag:** 4 - Mod High

**Total Worker Assignment Records: 3**

### Worker Assignments

| Name | Phone Number | Worker Role | Start Date | End Date |
|---|---|---|---|---|
| COREYANN W UYENO | (253) 983-6477 | Intake Worker | 12/06/2005 | 12/06/2005 |
| LISA WINTERS | (253) 983-6146 | Intake Supervisor | 12/06/2005 | |
| CPS CATCHMENT-TWO | (253) 983-6100 | Assigning Supervisor | 12/06/2005 | |

**Law Enforcement Agency:**

**Law Enforcement Report Number:**

**Law Enforcement Report:**     Not Printed

## PRIMARY CARETAKER INFORMATION

| | | | | |
|---|---|---|---|---|
| **Person ID :** | 2780175 | **Alias Info:** | GAVEL, KATE GAVEL, KATHERINE | **Race Info:**   White/Caucasian |
| **Name :** | WEST, KATHERINE ANNE | **Sex:** Female | | |

*ACES CAMPS*     *Biofather Jerry West 226- 5183*

**Title :**     **Military:**

**Current Age:** 33 Years     **Birthdate:** 08/14/1972

**Age at Referral:** 33 Years

**Phone :** (253) 226-0006     **Message:**

**Ethnicity:** No, not Spanish/Hispanic/Latino

**Last Known Address:** 2110 150TH ST EAST TACOMA, WA 98445

*aces 2. address*

### PERSONS IDENTIFIED IN REFERRAL

*boy baby West*    M    V

| Name | DOB | Current Age | Age at Referral | Sex | Relationship | Role | Race | Language | LEP |
|---|---|---|---|---|---|---|---|---|---|
| WEST, KATHERINE ANNE | 08/14/1972 | 33 Years | 33 Years | F | Reference Person | S | White/Caucasian | English | N |
| GAVEL, ROGER | | Unknown | Unknown | M | Parent Birth/Adoptive | L | Race question not asked | English | N |

*Louis Ewing 12/8/61*     *M parent   L  → Paternal GF*

Ewing
01020006

Printed by COREYANN UYENO                12/06/2005 4:04:03 PM

## SCHOOL INFORMATION FOR PERSONS IDENTIFIED IN REFERRAL

| Name | School Name | Address | City, St Zip | Phone |
|------|-------------|---------|--------------|-------|
|      |             |         |              |       |

## CHILD ABUSE/NEGLECT ISSUES AND ALLEGATIONS OR CONCERNS

"Negligent Treatment or Maltreatment"

**Incident Address:**
Same As Primary Address

**Primary Address:**
2110 150TH ST EAST
TACOMA, WA 98445

**Incident Date: Incident Time:** N/A

**ALLEGATIONS:** Allegation: neglect/maltreatment- mother failed to receive prenatal care and tested positive for meth and marijuana.

Details are as follows: Referrer said the mother came arrived at the hospital around 11:00am. She did not have any prenatal care during her pregnancy and tested positive for meth and marijuana. She had a C-section and delivered a baby boy a few hours ago. His weight is 10lbs and 2ounces. No signs of immediate signs of withdrawl at this time. The staff is waiting for a sample from the child. The baby will be placed on hold. The referrer said the nurses have were told from the mother that she had 2 children that were taken away from her. The referrer did not have the names of the children. At this time the mother has not named the child.

Documentation of Indian Child Welfare (ICW) Inquiry

Does the referent and/or CAMIS history indicate that the child(ren) is of Am. Indian, Alaskan Native, or Canadian First Nation ancestry? No
Does the referent and/or CAMIS history indicate that there is a Tribe, Band, or Native American organization, which considers the child(ren) to be a member? No
Does the referent and/or CAMIS history indicate that the child(ren) is/are currently or in the past been a ward of any tribal court? No
Does the referent and/or CAMIS history indicate that the residence or domicile of the child(ren) or parent/custodian is known to be a predominantly Indian community or within the bounds of a reservation? No
Does the referent and/or CAMIS history indicate that there is anyone else we can contact for further information regarding the child(ren)'s Native Ancestry?No

## RISK FACTORS AND ADDITIONAL INFORMATION

**Child Characteristics:**
Child was born a few hours ago. The parents have not named the child as of yet.

**History of Child abuse and Neglect:**
1 referral in 4-16-2005 for PN. Referral sent to ARS.

*Child West -* ██████████

**Caretaker Characteristics:**
Unknown

**Social and Economic (Environmental) Factors:**
ACES shows the mother receiving medical assistance due to her pregnancy. ACES also shows a child named Miles Tejano II listed under household members.

**Additional Risk Factors:**

## REFERRER INFORMATION

Ewing
01020007

Printed by COREYANN UYENO                    12/06/2005 4:04:03 PM

# *** C O N F I D E N T I A L ***

### No Call Back Requested

**Contact Phone:** (253) 280-8584

| | | | | | |
|---|---|---|---|---|---|
| **Person ID :** | 2189090 | | **Alias Info:** WEBER, SUSAN | **Race Info:** White/Caucasian |
| **Name :** | WEBBER, SUSAN J | **Sex:** | Female | WEBER, SUE SW | |
| **Title :** | S/W | **Military:** | | | |
| **Current Age:** | 55 Years | **Birthdate:** | ███████ | | |
| **Age at Referral:** | 55 Years | | | | |
| **Phone :** | (253) 280-8584 | **Message:** | | | |
| **Ethnicity:** | No, not Spanish/Hispanic/Latino | | | | |
| **Last Known Address:** | GOOD SAMARITAN HOSPITAL 407 14TH AVENUE S.E. PUYALLUP, WA 98372 | | | | |

| | | | | |
|---|---|---|---|---|
| **Referrer Type:** Social Service Professional | | **Intake Mode:** Telephone | **Information Source:** First-hand Knowledge | |

*Referrer Notes:*
referrer is the SW at Good Samaritan Hospital Labor and Delivery.

---

### VICTIM INFORMATION

### SUBJECT INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **Person ID :** | 2780175 | | **Alias Info:** | GAVEL, KATE GAVEL, KATHERINE | **Race Info:** | White/Caucasian |
| **Name :** | WEST, KATHERINE ANNE | **Sex:** | Female | | | |
| **Title :** | | **Military:** | | | | |
| **Current Age:** | 33 Years | **Birthdate:** | ███████ | | | |
| **Age at Referral:** | 33 Years | | | | | |
| **Phone :** | (253) 226-0006 | **Message:** | | | | |
| **Ethnicity:** | No, not Spanish/Hispanic/Latino | | | | | |
| **Last Known Address:** | 2110 150TH ST EAST TACOMA, WA 98445 | | | | | |

**Danger Info:**
*Danger Notes:*

---

### SUFFICIENCY SCREEN INFORMATION

**Yes** Is there sufficient identifying information to locate the child?

Ewing
01020008

Printed by COREYANN UYENO                                    12/06/2005 4:04:03 PM

**Yes** Was the alleged perpetrator a caretaker of the child or acting in *Loco Parentis*; or is the parent negligent in protecting the child from further Child Abuse and Neglect?

**Yes** Is there a specific allegation of Child Abuse or Neglect that meets the legal and/or WAC Definition?

**No** Is there a risk factor which places the child in danger of imminent harm?

---

### RISK TAG INFORMATION

**Risk Tag:** 4 - Mod High

**Basis for Risk:** Neglect/maltreatment- mother failed to receive prenatal care and tested positive for meth and marijuana.
Chronicity-1 referral in camis for ARS in 4-16-2005.
Vulnerability-child was just born, parents did not name the child as of yet.
Strengths- the hospital staff aware of the situation.

---

**Total Referral Records: 2**

### Referral History

| Referral Data | | Allegations/Concern Text |
|---|---|---|
| **Referral Id:** | 1675204 | Allegation: neglect/maltreatment- mother failed to receive prenatal care and tested positive for meth and marijuana. |
| **Received Date:** | 12/06/2005 | |
| **Program:** | CPS | Details are as follows: Referrer said the mother came arrived at the hospital around 11:00am. She did not have any prenatal care during her pregnancy and tested positive for meth and marijuana. She had a C-section and delivered a baby boy a few hours ago. His weight is 10lbs and 2ounces. No signs of immediate signs of withdrawl at this time. The staff is waiting for a sample from the child. The baby will be placed on hold. The referrer said the nurses have were told from the mother that she had 2 children that were taken away from her. The referrer did not have the names of the children. At this time the mother has not named the child. |
| **Decision:** | Accepted | |
| **Risk Tag Description:** | Mod High | |
| **Investigation Standard:** | High Standard | |
| **Response Time:** | Emergent | |
| **Intake Worker:** | 752-21UC01 | |
| **Worker End Date:** | 12/06/2005 | |
| **Overall Risk After Invest:** | | |
| **Primary Caretaker:** | WEST, KATHERINE | |
| | | Documentation of Indian Child Welfare (ICW) Inquiry |
| | | Does the referent and/or CAMIS history indicate that the child (ren) is of Am. Indian, Alaskan Native, or Canadian First Nation ancestry? No |
| | | Does the referent and/or CAMIS history indicate that there is a Tribe, Band, or Native American organization, which considers the child(ren) to be a member? No |
| | | Does the referent and/or CAMIS history indicate that the child (ren) is/are currently or in the past been a ward of any tribal court? No |
| | | Does the referent and/or CAMIS history indicate that the residence or domicile of the child(ren) or parent/custodian is known to be a predominantly Indian community or within the bounds of a reservation? No |
| | | Does the referent and/or CAMIS history indicate that there is anyone else we can contact for further information regarding the child(ren)'s Native Ancestry?No |
| **Referral Id:** | 1610298 | The mother provided marijuana for her 12 y/o daughter on the daughter's visit at her house. The mother admitted to ref. she did provide marijuana and allow her 12 y/o daughter to smoke marijuana in her house as she does not see anything |
| **Received Date:** | 04/16/2005 | |
| **Program:** | CPS | |

Ewing
01020009

Case 3:07-cv-05709-EDB   Document 67-2   Filed 09/25/09   Page 8 of 27

| | | |
|---|---|---|
| **Decision:** | Referred ARS | |
| **Risk Tag Description:** | Mod Low | |
| **Investigation Standard:** | Low Standard | |
| **Response Time:** | Non-emergent | |
| **Intake Worker:** | 752-21BD26 | |
| **Worker End Date:** | 04/18/2005 | |
| **Overall Risk After Invest:** | | |
| **Primary Caretaker:** | WEST, JERRY | |

wrong with it.

The 12 y/o wants now to live like her mother, sleep, eat and smoke marijuana all day. N███told ref. that her mother showed her stash of marijuana. Her mother makes a good living by selling it from her house to other people.

Ref. stated that he was notified by counselor that they got hold of the note his 12 y/o daughter was passing to her friend. The note was about her mother having such a good life selling and smoking marijuana and about the mother providing and allowing the child to smoke marijuana during the visits at the mother's home.

Does the referent and/or CAMIS history indicate that the child(ren) is of American Indian, Alaskan Native, or Canadian First Nation ancestry? No.
Does the referent and/or CAMIS history indicate that there is a Tribe, Band, or Native American organization, which considers the child(ren) to be a member? No
Does the referent and/or CAMIS history indicate that the child(ren) is/are currently or in the past been a ward of any tribal court? No
Does the referent and/or CAMIS history indicate that the residence or domicile of the child(ren) or parent/custodian is known to be a predominantly Indian community or within the bounds of a reservation? No
Does the referent and/or CAMIS history indicate that there is anyone else we can contact for further information regarding the child(ren)'s Native Ancestry? No.

752

SIMA300: added childs name to allegation text

## Cases Related to Persons in this Referral

| Case ID | Status | Folder Name | Folder Type | Worker - Start/End Date |
|---|---|---|---|---|
| | | | | |

## Facility Complaint History

| Referral ID | Received Date | Facility/Primary Caretaker | Bus ID |
|---|---|---|---|
| | | | |

## Service Episode Summary

| Ser ID | Date | Time | Action | User ID |
|---|---|---|---|---|
| | | | | |

| Assess ID | Date | Details | Overall Risk | Worker ID |
|---|---|---|---|---|
| | | | | |

### * * * END OF INTAKE SUMMARY REPORT * * *



**Washington State DEPARTMENT OF SOCIAL & HEALTH SERVICES**

| | | | |
|---|---|---|---|
| **Referral ID** | 1675204 | **Received** | 12/06/2005 15:35 |
| **Decision** | Accepted | **Program** | Child Protective Services |
| **Primary Caretaker** | WEST, KATHERINE | | |

## REFERRAL, WORKER, AND SUPERVISOR DETAIL

**Case ID:** 27D5742210    **Intake Decision:** Accepted

**Response Time:** Emergent    **Investigation Standard:** High Standard

**Risk Tag:** 4 - Mod High

**Total Worker Assignment Records:** 4

### Worker Assignments

| Name | Phone Number | Worker Role | Start Date | End Date |
|---|---|---|---|---|
| AMANDA A JOHNSON | (253) 983-6482 | Assigned Worker | 12/07/2005 | |
| COREYANN W UYENO | (253) 983-6477 | Intake Worker | 12/06/2005 | 12/06/2005 |
| LISA WINTERS | (253) 983-6146 | Intake Supervisor | 12/06/2005 | 12/06/2005 |
| CPS CATCHMENT-TWO | (253) 983-6100 | Assigning Supervisor | 12/06/2005 | 12/07/2005 |

**Law Enforcement Agency:**

**Law Enforcement Report Number:**

**Law Enforcement Report:**    Not Printed

### PRIMARY CARETAKER INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Person ID :** | 2780175 | **Alias Info:** | GAVEL, KATE GAVEL, KATHERINE | **Race Info:** | White/Caucasian |
| **Name :** | WEST, KATHERINE ANNE | **Sex:** | Female | | |
| **Title :** | | **Military:** | | | |
| **Current Age:** | 33 Years | **Birthdate:** | ▮▮▮▮ | | |
| **Age at Referral:** | 33 Years | | | | |
| **Phone :** | (253) 226-0006 | **Message:** | | | |
| **Ethnicity:** | No, not Spanish/Hispanic/Latino | | | | |
| **Last Known Address:** | 2110 150TH ST EAST TACOMA, WA 98445 | | | | |

### PERSONS IDENTIFIED IN REFERRAL

| Name | DOB | Current Age | Age at Referral | Sex | Relationship | Role | Race | Language | LEP |
|---|---|---|---|---|---|---|---|---|---|
| WEST, KATHERINE ANNE | ▮▮▮▮ | 33 Years | 33 Years | F | Parent Birth/Adoptiv | S | White/Caucasian | English | N |
| GAVEL, | ▮▮▮▮ | 44 Years | 43 Years | M | Parent | L | Race question not | English | N |

P6F

| ROGER | | | | Birth/Adoptiv | | asked | | | |
|---|---|---|---|---|---|---|---|---|---|
| WEST, BABYBOY | ▓▓▓ | 15 Days | Unknown | M | Reference Person | V | Unable to determine | English | N |
| EWING, LOUIS | ▓▓▓ | 44 Years | 43 Years | M | Parent Birth/Adoptiv | L | Unable to determine | English | N |

## SCHOOL INFORMATION FOR PERSONS IDENTIFIED IN REFERRAL

| Name | School Name | Address | City, St Zip | Phone |
|---|---|---|---|---|
| | | | | |

## CHILD ABUSE/NEGLECT ISSUES AND ALLEGATIONS OR CONCERNS

"Negligent Treatment or Maltreatment"

**Incident Address:**
Same As Primary Address

**Primary Address:**
2110 150TH ST EAST
TACOMA, WA 98445

**Incident Date:  Incident Time: N/A**

**ALLEGATIONS:** Allegation: neglect/maltreatment- mother failed to receive prenatal care and tested positive for meth and marijuana.

Details are as follows: Referrer said the mother came arrived at the hospital around 11:00am. She did not have any prenatal care during her pregnancy and tested positive for meth and marijuana. She had a C-section and delivered a baby boy a few hours ago. His weight is 10lbs and 2ounces. No signs of immediate signs of withdrawl at this time. The staff is waiting for a sample from the child. The baby will be placed on hold. The referrer said the nurses have were told from the mother that she had 2 children that were taken away from her. The referrer did not have the names of the children. At this time the mother has not named the child.

Documentation of Indian Child Welfare (ICW) Inquiry

Does the referent and/or CAMIS history indicate that the child(ren) is of Am. Indian, Alaskan Native, or Canadian First Nation ancestry? No
Does the referent and/or CAMIS history indicate that there is a Tribe, Band, or Native American organization, which considers the child(ren) to be a member? No
Does the referent and/or CAMIS history indicate that the child(ren) is/are currently or in the past been a ward of any tribal court? No
Does the referent and/or CAMIS history indicate that the residence or domicile of the child(ren) or parent/custodian is known to be a predominantly Indian community or within the bounds of a reservation? No
Does the referent and/or CAMIS history indicate that there is anyone else we can contact for further information regarding the child(ren)'s Native Ancestry?No

## RISK FACTORS AND ADDITIONAL INFORMATION

**Child Characteristics:**
Child was born a few hours ago. The parents have not named the child as of yet.

**History of Child abuse and Neglect:**
1 referral in 4-16-2005 for PN. Referral sent to ARS.

**Caretaker Characteristics:**
Unknown

**Social and Economic (Environmental) Factors:**

Printed by AMANDA JOHNSON

ACES shows the mother receiving medical assistance due to her pregnancy. ACES also shows a child named M████ T█████ listed under household members.

***Additional Risk Factors:***

---

## REFERRER INFORMATION

# *** C O N F I D E N T I A L ***

### No Call Back Requested

**Contact Phone:** (253) 280-8584

| | | | | |
|---|---|---|---|---|
| **Person ID :** 2189090 | | | **Alias Info:** WEBER, SUSAN | **Race Info:** White/Caucasian |
| **Name :** WEBBER, SUSAN J | **Sex:** | Female | WEBER, SUE SW | |
| **Title :** S/W | **Military:** | | | |
| **Current Age:** 55 Years | **Birthdate:** ████████ | | | |
| **Age at Referral:** 55 Years | | | | |
| **Phone :** (253) 280-8584 | **Message:** | | | |
| **Ethnicity:** No, not Spanish/Hispanic/Latino | | | | |
| **Last Known Address:** | GOOD SAMARITAN HOSPITAL 407 14TH AVENUE S.E. PUYALLUP, WA 98372 | | | |

**Referrer Type:** Social Service Professional

**Intake Mode:** Telephone

**Information Source:** First-hand Knowledge

***Referrer Notes:***
referrer is the SW at Good Samaritan Hospital Labor and Delivery.

---

## VICTIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **Person ID :** 2864867 | | | **Alias Info:** None | **Race Info:** Unable to determine |
| **Name :** WEST, BABYBOY | **Sex:** | Male | | |
| **Title :** | **Military:** | | | |
| **Current Age:** 15 Days | **Birthdate:** ████████ | | | |
| **Age at Referral:** Unknown | | | | |
| **Phone :** | **Message:** | | | |
| **Ethnicity:** Unable to determine | | | | |
| **Last Known Address:** | | | | |

---

## SUBJECT INFORMATION

| **Person** | 2780175 | **Alias** | GAVEL, KATE | **Race** | White/Caucasian |
|---|---|---|---|---|---|

**ID :**                                              **Info:**    GAVEL,                    **Info:**
**Name :**    WEST,          **Sex:**    Female                 KATHERINE
              KATHERINE
              ANNE

**Title :**                   **Military:**

**Current**   33 Years       **Birthdate:** ███████████
**Age:**

**Age at**    33 Years
**Referral:**

**Phone :**   (253) 226-     **Message:**
              0006

**Ethnicity:** No, not Spanish/Hispanic/Latino

**Last**      2110 150TH ST EAST
**Known**     TACOMA, WA 98445
**Address:**

**Danger Info:**
*Danger Notes:*

---

## SUFFICIENCY SCREEN INFORMATION

**Yes**   Is there sufficient identifying information to locate the child?

**Yes**   Was the alleged perpetrator a caretaker of the child or acting in *Loco Parentis*; or is the parent negligent in
          protecting the child from further Child Abuse and Neglect?

**Yes**   Is there a specific allegation of Child Abuse or Neglect that meets the legal and/or WAC Definition?

**No**    Is there a risk factor which places the child in danger of imminent harm?

---

## RISK TAG INFORMATION

**Risk Tag:** 4 - Mod High

**Basis for Risk:** Neglect/maltreatment- mother failed to receive prenatal care and tested positive for meth and
marijuana.
Chronicity-1 referral in camis for ARS in 4-16-2005.
Vulnerability-child was just born, parents did not name the child as of yet.
Strengths- the hospital staff aware of the situation.

**Total Referral Records: 2**

## Referral History

| Referral Data | | Allegations/Concern Text |
|---|---|---|
| **Referral Id:** | 1675204 | Allegation: neglect/maltreatment- mother failed to receive prenatal care and tested positive for meth and marijuana. |
| **Received Date:** | 12/06/2005 | |
| **Program:** | CPS | Details are as follows: Referrer said the mother came arrived at the hospital around 11:00am. She did not have any prenatal care during her pregnancy and tested positive for meth and marijuana. She had a C-section and delivered a baby boy a few hours ago. His weight is 10lbs and 2ounces. No signs of immediate signs of withdrawl at this time. The staff is waiting for a sample from the child. The baby will be placed on hold. The referrer said the nurses have were told from the mother that she had 2 children that were taken away from her. The referrer did not have the names of the children. At this time the mother has not named the child. |
| **Decision:** | Accepted | |
| **Risk Tag Description:** | Mod High | |
| **Investigation Standard:** | High Standard | |
| **Response Time:** | Emergent | |
| **Assigned Worker:** | 752-25JA01 | |
| **Worker End Date:** | | |
| **Overall Risk After Invest:** | | |
| **Primary Caretaker:** | WEST, KATHERINE | |

Ewing
01020014

Documentation of Indian Child Welfare (ICW) Inquiry

Does the referent and/or CAMIS history indicate that the child (ren) is of Am. Indian, Alaskan Native, or Canadian First Nation ancestry? No
Does the referent and/or CAMIS history indicate that there is a Tribe, Band, or Native American organization, which considers the child(ren) to be a member? No
Does the referent and/or CAMIS history indicate that the child (ren) is/are currently or in the past been a ward of any tribal court? No
Does the referent and/or CAMIS history indicate that the residence or domicile of the child(ren) or parent/custodian is known to be a predominantly Indian community or within the bounds of a reservation? No
Does the referent and/or CAMIS history indicate that there is anyone else we can contact for further information regarding the child(ren)'s Native Ancestry?No

| | |
|---|---|
| Referral Id: | 1610298 |
| Received Date: | 04/16/2005 |
| Program: | CPS |
| Decision: | Referred ARS |
| Risk Tag Description: | Mod Low |
| Investigation Standard: | Low Standard |
| Response Time: | Non-emergent |
| Intake Worker: | 752-21BD26 |
| Worker End Date: | 04/18/2005 |
| Overall Risk After Invest: | |
| Primary Caretaker: | WEST, JERRY |

The mother provided marijuana for her 12 y/o daughter on the daughter's visit at her house. The mother admitted to ref. she did provide marijuana and allow her 12 y/o daughter to smoke marijuana in her house as she does not see anything wrong with it.

The 12 y/o wants now to live like her mother, sleep, eat and smoke marijuana all day. N█████told ref. that her mother showed her stash of marijuana. Her mother makes a good living by selling it from her house to other people.

Ref. stated that he was notified by counselor that they got hold of the note his 12 y/o daughter was passing to her friend. The note was about her mother having such a good life selling and smoking marijuana and about the mother providing and allowing the child to smoke marijuana during the visits at the mother's home.

Does the referent and/or CAMIS history indicate that the child (ren) is of American Indian, Alaskan Native, or Canadian First Nation ancestry? No.
Does the referent and/or CAMIS history indicate that there is a Tribe, Band, or Native American organization, which considers the child(ren) to be a member? No
Does the referent and/or CAMIS history indicate that the child (ren) is/are currently or in the past been a ward of any tribal court? No
Does the referent and/or CAMIS history indicate that the residence or domicile of the child(ren) or parent/custodian is known to be a predominantly Indian community or within the bounds of a reservation? No
Does the referent and/or CAMIS history indicate that there is anyone else we can contact for further information regarding the child(ren)'s Native Ancestry? No.

752

SIMA300: added childs name to allegation text



**Washington State**
**DEPARTMENT OF**
**SOCIAL & HEALTH**
**SERVICES**

**Case ID**    27D5742210 **File** WEST,KATHERINE
**Case Status** Open

---

## Selection Criteria

- **Limited to activity dates on or after 12/06/2005**

---

**SER ID:**   9585622      **Activity Date/Time:** 12/06/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:** 12/09/2005 - 10:14

**Activity Type:** Contact - Health Contact (Medical, Mental, etc.)

**Case ID:**   27D5742210   -   WEST,KATHERINE

**Referral ID:** 1675204      - WEST, KATHERINE

**Person ID:**   2780175     - KATHERINE WEST
           2864867     - BABYBOY WEST

### SER Text

SW spoke with Susan Webber, (pager, 253-280-8584) Good Sam Hospital Social Worker. The parents have not named the baby yet. Katherine West did test positive for amphetamines, ecstasy and marijuana during delivery. It is to soon to tell if the baby will be experiencing any withdrawals. They did take a sample of urine and are waiting on the results. The baby did weigh 10 pounds 2 oz. They believe she was Post date, since the baby's skin was dry. The mother has not named the baby yet. SW will meet with Susan Webber tomorrow morning at the hospital.

---

**SER ID:**   9585699      **Activity Date/Time:** 12/07/2005 - 11:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:** 12/09/2005 - 10:29
**Location:**    Medical Facility

**Activity Type:** Child - Initial Face to Face w/ Child, Contact - Health Contact (Medical, Mental, etc.)

**Case ID:**   27D5742210   -   WEST,KATHERINE

**Referral ID:** 1675204      - WEST, KATHERINE

**Person ID:**   2780175     - KATHERINE WEST
           2864867     - BABYBOY WEST

### SER Text

SW observed the new born, Baby Boy West at Good Sam Hospital. He is in the special intensive care nursery. He is experiencing "Tachypnea", which is fast respiration. He is on 35% oxygen. He is currently on antibiotics to fight an infection which could have been caused from swallowing the meconiun fluid. The baby's blood sugar is normal. Due to the baby's weight of 10 pounds 2 oz and the baby's skin being extremely dry, they believe the

baby was definitely post date.

SW, Susan Webber reports that the "alleged" father Luis Ewing, refused to signed the paternity affidavit and has been uncooperative with hospital staff. Mr. Ewing is presenting himself as a federal attorney and continues to tell the hospital staff they are violating RCW and he is quoting them. Katherine West explained to Susan Webber, that she took an energy pill that a neighbor gave her. Susan reports that the mother does not have any open pick soars. Katherine reported to her that she did smoke marijuana during pregnancy and drank alcohol during pregnancy. Katherine did not receive prenatal care during her whole pregnancy. She believes this is Katherine's fourth child and there is a five year old at home.

Dr. Kenneth Jolly, 253-848-1572 is the baby's physician. The baby was placed on hospital hold.

---

**SER ID:**    9587279             **Activity Date/Time:** 12/07/2005 - 11:15
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:** 12/09/2005 - 14:12
**Location:**    Medical Facility

**Activity Type:** Contact - Subject Interview, Parent - Bio/Adopt or Guardian - Initial Contact

**Case ID:**    27D5742210   -   WEST,KATHERINE

**Referral ID:** 1675204      - WEST, KATHERINE

**Person ID:**   2780175      - KATHERINE WEST
            2864867      - BABYBOY WEST

**SER Text**

SW met with biological mother, Katherine West. She will be in the hospital for at least 3 days, She is recovering from a C-section. SW introduced self and Katherine knew why she was there. Katherine explained to SW that she is shocked that she tested positive for drugs. She reports that she took and energy pill from a neighbor because she did not have any energy. She was "pooped" the last month of pregnancy. The pill was yellow and she took it two days ago either Sat or Sun. She wanted to put up the Christmas tree and she wanted to stay up to do it. She takes care of six cats, a five year old and Luis. Her five year old's name is M████████ T████, DOB is ████████. She does not know who the biological father is. She reports that she was married to Miles Tejano, II, in 2001. She had a one night stand. SW asked if paternity been established she stated no. SW asked how she know that her husband is not the bio father, she stated because her son "is half black". She is having troubles with DSHS because they are going after Miles Tejano II for child support even though that is not his child. Susan Webber explained to her that Miles II is the legal father because they were married. Katherine stated that they are not legally divorce but have been separated sine 2003. She has a permanent restraining order on him due to domestic violence. Susan W. explained to her since she is not legally divorce, that Miles II will be named the "legal" father of the new born baby. Katherine was not happy to hear that. Katherine stated that Luis is the biological father and she has no doubts of it. SW asked why he refused to sign the paternity affidavit, she responded he is probably scared of what is going on. Katherine was married before Miles II. Her first husband is Jerry West and they have two children together. She does not have custody of her daughters, She stated when she decided to leave her husband, he "made" her sign a letter stating that she was abandoning the family and he later used it in court. Her daughter are age 13 and 9 years old. Mr. West is remarried and the current wife does not like Katherine. Katherine stated she has not seen Jerry since Jerry accused her of smoking marijuana with her oldest daughter. That allegation was reported in April of 05. (Referral # 1610298 accepted as LRS). Katherine denied the incident happened. She states that Jerry is a good father to the girls.
M██████ attends PM kindergarten at Naches Trail Elementary. His teacher is Ms. Stowe. She likes his teacher and Katherine states she volunteers at the school. This year she has volunteered four times this year. She also brings cupcakes to the class and helped with a book drive.
SW asked about Luis Ewing. Katherine met him 4 years ago at Fox's strip joint. He is a federal attorney, who works for himself. She states that he works for two different Indian tribes, however, did not know which ones. He gets paid independently from the Federal Barr. She states he is a wonderful man, who takes care of her. His birth date is 12/08/61, he will be 44 years old. She states that she trust Luis and the reason why he is being

uncooperative is because this is his first child and he doesn't understand what is going on. SW asked if he knew, that she tested positive. She stated that he knew about the energy pill and he can't believe that she tested positive. M███████ calls him dad, because he does not have contact with Miles II or his biological father. She reports that Luis and M███████get along great and Luis takes care of him as his own. She reports that they are hoping to get married and have want more children. They do not receive TANF or state assistance, besides medical for the baby. She stated that Luis makes enough to pay rent and buy good food. Luis doesn't make alot of money, however, he is able to provide for them.

SW asked why she did not receive prenatal care. Katherine states she is scared of doctors and she didn't think she could get medical from DSHS because of the trouble with M███████ Katherine found out she was pregnant in April using an EPT over the counter test. She stated she took vitamins throughout her pregnancy. She stated in the olden days there were thousands of woman who did not see a doctor and their children were healthy. Katherine stated that her son was 10 pounds at birth and that he is a healthy baby. Luis did not have a problem with her not seeing a doctor. SW asked if she consumed alcohol while she was pregnant. She stated that she drank alcohol 5 or 6 times during pregnancy. She smokes cigarettes, however, she stated she did not smoke them regularly during pregnancy. She smoked about 20 cigarettes throughout the pregnancy, "only, when Luis stressed her out". SW asked about marijuana use, she denies smoking it directly, however, stated she takes a "puff" from Luis' mouth when he smokes it. She stated that Luis does smoke marijuana about twice a week, but she does not always take "a puff". SW asked about her use with ecstasy, she denied taking ecstacy during pregnancy. She stated she use to take "E" about 3-4 years ago while she was stripping. She denies ever using meth or trying meth. She stated she has never had an alcohol and drug assessment, because she has never had a problem. She has never been to treatment either.

---

**SER ID:**  9587457                              **Activity Date/Time:** 12/07/2005 - 12:30
**User Name:** JOHNSON, AMANDA (JOAA300)     **Create Date/Time:** 12/09/2005 - 14:35
**Location:**  Medical Facility

**Activity Type:** Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:**  27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204       - WEST, KATHERINE

**Person ID:** 2780175      - KATHERINE WEST
         2864867      - BABYBOY WEST

**SER Text**

Her father Roger Gaval (253-537-3559) is supportive of her. Her mother died last year. He lives close by her. Katherine started to cry and stated that she has not told her father what was going on because he is going to be disappointed. SW asked disappointed of what? She stated that CPS involvement. She continued to denied using drugs. She stated that her father is a maintenance mechanic and works very hard. Her uncle Ronald Meyers lives in Olympia and his ex wife Pauline Meyer is also supportive of her. She did not know her uncle's phone number, but her aunt Pauline's phone number is 253-224-4260, she lives in Gig Harbor. Her father's address is ███████████████████ SW asked what her address was. Katherine started to get upset again. She stated that Luis is going to be very upset that she gave their address. Katherine and Luis do live together, Katherine does not live with her father, as ACES shows. Her address is 2110 150th ST East Tacoma, WA 98445. Her phone number is 253-531-3958, cell phone is 253-226-0006, Luis cell phone is 253-226-3741.

SW asked about mental health history, Katherine stated no. She did state that she was prescribed Prozac from her doctor (Dr. Dur Huang) after the last pregnancy for post partum. She stated she had it with her daughters too. She stated she takes the medication for about 6 months then her body is back to normal. SW explained that it is important she make an appointment with Dr. Huang after she is released from the hospital. Currently, Dr. Jolly is the baby's physician, she is going to change to Dr. Huang. Apparently, Dr. Huang has been the family physician for a while. He is also M██ doctor. Katherine stated she does not believe in immunizations and she doesn't want the baby to have any of them. She stated she did not understand why inject your body with the disease when you did not have the disease. The hospital SW explained to Katherine

the benefit of immunizations and explained that the immunizations are dead cells. SW asked her how about taking the baby to the well child checks if/when she has the baby, She stated that she would take the baby to scheduled appointments. SW asked if she would be willing to work with a public health nurse if one was to come her home. She stated yes. SW asked about Luis, she stated that she does have a say so.

SW asked if she knew what was going on medically with the baby. Katherine understood what was going on and was able to explained to SW that he is on antibiotics because he swallowed the fluid. SW explained to her the concerns with the baby and SW needing more information regarding her. SW explained that she will be talking with Luis and meeting with M███ at his school. SW explained what a Voluntary Placement Agreement (VPA) was. SW also explained what PIC, is. Katherine again started to cry and did not agree with signing anything yet, because she needed time to thinks. Katherine was very upset and stated that she feels like she is being attacked and judged. She stated she is a good person and Luis is also a good person. She stated she understands SW is just "doing a job", but she feels like she is being judged by the questions the SW was asking. Katherine agreed to sign the NA identify form, but did not feel comfortable with signing the VPA at this point. She stated that she was adopted at birth and does not know if she has native blood. SW will meet with her tomorrow morning.

---

**SER ID:**  9587712

**User Name:** JOHNSON, AMANDA (JOAA300)

**Location:**  School

**Activity Date/Time:** 12/07/2005 - 13:30

**Create Date/Time:** 12/09/2005 - 14:57

**Activity Type:** Child - Face to Face w/ Child, Contact - Collateral Contact

**Case ID:**   27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204      - WEST, KATHERINE

**Person ID:** 2780175     - KATHERINE WEST
                   2864867     - BABYBOY WEST

**SER Text**

SW interviewed 5 year old M███ T████████, at Naches Trail Elementary School. He was well dressed in a spider man t-shirt, sweat pants and Michael Jordan shoes. He was wearing a diamond stud earring in his left ear. He had a patch of gray hair and when SW commented on his hair, he stated "I was kissed by an angel". School SW, Mrs. Thomas was present throughout the interview. M██ is in Kindergarten and his teacher is Ms. Stowe. The best thing about school is recess. At recess he like to play in the snow. In class he is learning about Calendars. SW asked if he knew what month his birthday was in, he did not know his birth date. M██ lives with his mom and dad, he also says that he has 6 cats and a dog. M██ face some what lit up and stated AND his new baby brother. He says he hasn't seen him yet and he doesn't have a name. SW asked what he likes about his mom, he stated that she gives him hugs. SW asked what he likes about his dad, he stated he couldn't think of anything. He says that his grandpa and his mom take him fishing. He likes to fish. He showed SW how big his biggest fish was by holding out his arms. SW asked if he had rules at home, he appeared not to know what rules were. SW asked if he does something what he is not suppose to do, what happens. He says that he gets a spanking. He says his mom spanks him on the butt with her hand and she yells at him. His dad sometimes, spanks him with a belt on his butt. He says that is butt sometimes had red marks. SW asked if he feels safe at home, he says yes. SW asked if somebody is hurting him at home, he says no, but he doesn't like T██. SW asked who T██ was, he stated he lives across the street and T██ "done bad things". SW asked him to tell about the bad things. He stated that they are not allowed to play together any more because T██ was throwing rocks. T██ is kid not an adult. M██ says he has lots of friends that live by him, he named S████ and M██████ who also go to his school. SW discussed the importance of telling somebody if he starts to feel unsafe. He agreed that he would tell his mom or his teacher.

Ms. Thomas has not had contact with the mother or father. She agreed to check in on M██ and report any concerns to the department.

SW went to the residence of Katherine and Luis. Luis was outside in the fenced yard. His Cadillac car was

Ewing
01020019
01/03/2006 11:32:15 AM

started and he appeared to be leaving. He opened the fence. SW asked if he was Luis Ewing. He stated he was and asked who SW was. SW introduced self. Luis Ewing stated that he was a federal attorney and he is refusing to discuss anything with SW. SW asked to view the home, he refused to allow SW. He had papers in his hand and placed a packet on SW windshield and stated "You have been served" and walked to his car and drove away. Please view papers in file.

---

**SER ID:**    9594307                        **Activity Date/Time:**  12/08/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:**  12/12/2005 - 16:17

**Activity Type:** Child - Face to Face w/ Child, Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:**    27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204        - WEST, KATHERINE

**Person ID:** 2780175        - KATHERINE WEST
          2864867        - BABYBOY WEST


**SER Text**

SW met with Katherine again this morning. She states that she had a good sleep last night because she was so drained with everything going on. She stated that she is willing to do whatever it takes. SW told her that Luis refused to let SW in the home and refused to talk with SW. She justified his behavior by saying he is "freaking Out" right now because this is his first child. SW asked why he is refusing to sign the paternity affidavit. She stated he will, he just wanted to look over it. SW asked about family that is supportive of Luis. She stated he has a mother name Violet Ewing, she is a fourth grade teacher and she has met her twice. He also has a sister, Lena (last name she did not know), she also met twice. She stated that Luis is not close with his family. She states that Luis is probably embarrassed to be around them because they are all married and have children and at the time he did have a family. She stated that Luis is a good man,"yeah, he's weird", but he's a good man. Luis has friends, Lloyd Smith, but she did not have his phone number. Luis babied her throughout the whole pregnancy. She feels that family will adjust well with the new baby. She states they are a normal family. She gave an example of their normal day. She states she wakes up and wakes up her son. She makes breakfast and coffee. Luis will wake up and walk son to the bus stop. She will make Luis breakfast. They watch a little TV, then she kicks him off to work. Luis works out of his office in the home. While he is in the office, she will clean house, play with the cats. She will bring Luis coffee throughout the day. Some days, he leaves because he has appointments with clients. She will make lunch if he is there. When Luis gets a new client, he comes out of the office and says he has "good news". When M███ comes home he plays with his friends at the basketball hoop in the front yard. She cooks dinner and when Luis is off work, he comes out of his office and eats dinner with the family. The family will watch TV together then go to bed. Day starts over.
Katherine apologized for Luis behavior for not allowing SW in the home. She stated SW can come to the home anytime. Katherine stated she had alot to think about last night and she wanted to do the right thing. SW again explained a VPA, she wanted to read through it again. After reading through it, she stated that she still has parenting rights, SW stated yes. Katherine agreed to sign the VPA until January 31, 2006. SW created a safety plan and service agreement. SW discussed services to include random UA's, parenting class, and the PCAP at UW. She agreed with safety plan and service agreement and signed. She also explained to SW that she takes Prozac after pregnancy because of post par tum. She stated she will follow up with Dr. Huang. SW added it to the safety plan/service plan that she will follow up with Dr. Huang by 12/16/05, she agreed. She stated that Luis will sign it. She called Luis on his cell phone to get a verbal commitment since SW and hospital SW were present, Luis did not answer the phone. SW asked if Luis had any mental health issues. She stated no. He is not on any medications.

SW went to see Baby Boy West. He is still in the nursery. SW will fax letter to Susan Webb regarding transfer to PICC, when the baby is medically ready.

---

**SER ID:**    9594326                        **Activity Date/Time:**  12/09/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:**  12/12/2005 - 16:19

Ewing
01020020

**Activity Type:** Contact - Collateral Contact

**Case ID:**    27D5742210   -  WEST,KATHERINE

**Referral ID:** 1675204        - WEST, KATHERINE

**Person ID:**  2780175        - KATHERINE WEST
2864867        - BABYBOY WEST

**SER Text**

SW called UW PCAP, (Parent and Child Assistance Program) 253-475-0623. SW spoke with Dorris, she was unable to take a referral until Jennell came back. SW left a message for Jennell to call back to take referral.

---

**SER ID:**    9593058                              **Activity Date/Time:** 12/12/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:**  12/12/2005 - 14:29

**Activity Type:** Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:**    27D5742210   -  WEST,KATHERINE

**Referral ID:** 1675204        - WEST, KATHERINE

**Person ID:**  2780175        - KATHERINE WEST
2864867        - BABYBOY WEST

**SER Text**

SW attempted to contact Luis Ewing, "alleged" father of baby boy West. His cell number is 253-226-3741. SW left him a message.

SW called and left a message with Katherine West, 253-226-0006.

SW spoke with Susan Webber, SW at Good Sam. The baby is having a hard time feeding. He can't maintain is weight. Picc is still trying to coordinate the move. Luis Ewing again refused to sign the paternity affidavit. She told him that she can not discuss case with him. He sent the notarized papers to the hospital, threatening to sue the hospital. Katherine still has not named the baby.

SW received a return call from Jennell, UW Parent and Child Assistance Program (PCAP) 253-475-0623. SW made a referral regarding this family. PCAP will follow this family for three years. The clinical director is Julie Youngblood, she will make the final decision if family is accepted for services.

SW called and spoke with Katherine's ex husband, Jay West 253-226-5183. He has legal custody of their two daughters, N█████ and H█████. The last time the girls saw Katherine was approximately 6 months. He states that he stopped visits after his oldest daughter N████ came home and told him that Katherine smoked marijuana with her. Katherine use to visit every weekend with the children. She would only take one at a time because she could not handle them both. He states that when one of the girls would stay, they would call him crying for him to pick them up. He stated the home was unsanitary with animal feces on the floor. He stated that Katherine's boyfriend is a "loser", pretending to be a lawyer. He stated that his friend hired him (not knowing he is a fake) and Luis got thrown in jail for 10 days. SW asked about any DV history between Katherine and Luis. He stated in the past he has come to their home to help put doors on the hinges. Katherine throws things at Luis like a remote control. He stated that he and Katherine use to be civil toward each other until the incident in April. He stated a therapist came to his home a couple of times. He was upset when he called and reported to CPS the allegations against Katherine. He stated they did not investigate it and it was a lower priority. He feels his

daughters are doing good and that he is a good father. They ran into Katherine at a car show in August and neither one of them said Hi in passing, not even his daughters. He did not know that Katherine was pregnant until then. He stated as far as he know the biological father of M███████, is Miles Tejano. SW asked about any drug use by Katherine, he stated that she smokes marijuana and she is an alcoholic. As far as he knows she never went to treatment. In the past she admitted to him that she used cocaine. He is unaware of any other drugs because he has not had contact with her. He agreed to be contacted if SW needs more information.

SW received an Email (12/12/05) from Luis A. Ewing. Please look in Correspondence in File.

---

**SER ID:**    9595549                    **Activity Date/Time:**  12/13/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:**  12/13/2005 - 09:04

**Activity Type:** Contact - Health Contact (Medical, Mental, etc.), Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:**    27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204        - WEST, KATHERINE

**Person ID:**  2780175    - KATHERINE WEST
                2864867    - BABYBOY WEST

**SER Text**

SW spoke with Susan Webber, PICC has an opening and they will be transporting Baby boy West to tomorrow morning between 9-10am. SW informed Susan that the parents have not contacted SW. Visits will be canceled until parents make contact with SW.

SW called and left messages with Katherine and Luis on both cell phone. SW informed them they need to contact SW today, they will not be able to visit the baby until they make contact with SW.

4:30pm, Luis called, SW was in an emergency with another case. SW asked him if he could hold, he told SW that he couldn't hold and when SW was finished to call him back.

5:49pm, SW called Luis back, however, went to voice mail.

---

**SER ID:**    9604210                    **Activity Date/Time:**  12/14/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:**  12/14/2005 - 17:00

**Activity Type:** Contact - Collateral Contact, Contact - Health Contact (Medical, Mental, etc.), Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:**    27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204        - WEST, KATHERINE

**Person ID:**  2780175    - KATHERINE WEST
                2864867    - BABYBOY WEST

**SER Text**

SW emailed the American Bar Association to confirm Luis Ewing is a member. On the ABA search, Luis Ewing is not a member. SW also conducted the search on FBA (Federal Bar Association), again his name was not found or his membership # that was given from Ewing through emails.

SW spoke with SW, Susan Webber. She reported that the hospital received an anonymous phone call from a female who refuse to give her name. The female caller stated that Katherine West asked her to help kidnap the baby from the hospital. During the visit last night Katherine took the baby's medical id off, security was notified and they intervened. Katherine was escorted out by Puyallup Police.
CPS department also received information from an anonymous caller regarding the plans to kidnap the baby from Good Samaritan Hospital.

PICC was informed by the hospital as well as Kent Police Department. PICC did pick up the baby this morning.

SW called Katherine's cell phone, Luis answered and stated that Katherine was not available. SW started to ask him questions regarding ethnic identity, he stated he did not have to answer any questions that SW asked. He stated the only talking "to me" he's going to do is at court and hung up on SW.

SW called back on Katherine's cell phone. SW asked when Katherine will be available and told Luis that it was important for her to contact SW. Luis stated that Katherine will not be talking with SW. He stated he is Katherine's attorney and that SW is harassing her, He continued on to say that he is suing SW and department and he is in the process of drawing up the papers. SW then informed him until SW gets cooperation from Katherine and Luis that visits will be restricted. Luis stated "good bye" and hung up on SW again.

SW spoke with the assigned case manager, Jenn Gibbs, 253-852-5253. SW informed her that the parents were not cooperating with department. SW faxed a letter regarding no visits with parents until they cooperate with department.

---

**SER ID:**   9601924                                    **Activity Date/Time:** 12/14/2005 - 12:37
**User Name:** HARTMAN, KANDI (HKAN300)    **Create Date/Time:**   12/14/2005 - 12:40

**Activity Type:** Contact - Collateral Contact

**Case ID:**   27D5742210   -  WEST,KATHERINE

**Referral ID:** 1675204         -  WEST, KATHERINE

**Person ID:**  2780175        - KATHERINE WEST
         2864165        - ROGER GAVEL
         2864867        - BABYBOY WEST

**SER Text**

Intake staff Mary Meigs rec'd an anonymous phone call from a women who reported that Katherine had contacted her last night and wanted her help in stealing her (Katherine's) child from Good Samaritan Hospital in Puyallup. The caller reported she had notified Good Samaritan Hospital of the phone call and plans last night. The caller refused to provide a name or phone number.

---

**SER ID:**   9618727                                    **Activity Date/Time:** 12/15/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)   **Create Date/Time:**   12/19/2005 - 15:59

**Activity Type:** Contact - Collateral Contact

**Case ID:**   27D5742210   -  WEST,KATHERINE

**Referral ID:** 1675204         -  WEST, KATHERINE

**Person ID:**  2780175        - KATHERINE WEST
         2864867        - BABYBOY WEST

**SER Text**

SW received through campus mail a certified document from Luis Ewing. Please refer to file.

---

**SER ID:** 9618885
**User Name:** JOHNSON, AMANDA (JOAA300)

**Activity Date/Time:** 12/19/2005 - 00:00
**Create Date/Time:** 12/19/2005 - 16:16

**Activity Type:** Contact - Health Contact (Medical, Mental, etc.)

**Case ID:** 27D5742210 - WEST,KATHERINE

**Referral ID:** 1675204 - WEST, KATHERINE

**Person ID:** 2780175 - KATHERINE WEST
2864867 - BABYBOY WEST

**SER Text**

SW called Dr. Huang 253-840-0480 regarding Katherine West. The last time Dr. Huang saw Katherine West was in April 2003. Katherine did make an appointment two days after giving birth (12/08/05) and another one last week (12/12-12/16), Dr. Huang did not have the exact date in front of him. However, Katherine was a "No Show" to both appointments.

█████████████████████████████████████

---

**SER ID:** 9620526
**User Name:** JOHNSON, AMANDA (JOAA300)

**Activity Date/Time:** 12/20/2005 - 00:00
**Create Date/Time:** 12/20/2005 - 09:39

**Activity Type:** Contact - Collateral Contact, Contact - Health Contact (Medical, Mental, etc.)

**Case ID:** 27D5742210 - WEST,KATHERINE

**Referral ID:** 1675204 - WEST, KATHERINE

**Person ID:** 2780175 - KATHERINE WEST
2864867 - BABYBOY WEST

**SER Text**

SW spoke with Jenn Gibbs, case manager from PICC. She reports that the baby is doing "okay". He has dropped some weight, now weighing 10lbs 1 oz. He is taking over 3 oz in each feeding. His last feed wa a little low. There are no concerns with his stool. The baby does need a little encouragements towards the end of feeding. The mother did call two days after the baby was arrived, she was instructed to call SW.

SW received more "legal" papers created by Luis Ewing. Please refer to file.

---

**SER ID:** 9659185

**Activity Date/Time:** 12/20/2005 - 00:00

**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:** 01/03/2006 - 09:54

**Activity Type:** Contact - Collateral Contact

**Case ID:**      27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204         -  WEST, KATHERINE

**Person ID:** 2780175      -  KATHERINE WEST
                 2864867      -  BABYBOY WEST

**SER Text**

SW gave legal papers to court specialist, Kate Orlando. She agreed to take papers to AG's office for them to look them over.

---

**SER ID:**      9659342                    **Activity Date/Time:** 12/21/2005 - 09:00
**User Name:** JOHNSON, AMANDA (JOAA300)    **Create Date/Time:**  01/03/2006 - 10:17

**Activity Type:** Staffing - Other

**Case ID:**      27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204         -  WEST, KATHERINE

**Person ID:** 2780175      -  KATHERINE WEST
                 2864867      -  BABYBOY WEST

**SER Text**

SW met with supervisor, MJ; court specialist Kate Orlando; AA, Dawn Cooper; sup, Judi Richardson and ICW SW, RB. Legal papers appear to be legit. Luis Ewing appears to be a constitutionalist. He is suing department as well as SW. Katherine West is also revoking the VPA. SW AJ and SW RB will try to determine what tribe Luis Ewing belongs to. Luis Ewing has not been cooperative with SW regarding ethic identity.

---

**SER ID:**      9629559                    **Activity Date/Time:** 12/21/2005 - 17:30
**User Name:** JAURIGUE, MICHAEL (JAMI300)    **Create Date/Time:** 12/21/2005 - 18:00

**Activity Type:** Supervisory/Administrative Review

**Case ID:**      27D5742210  -  WEST,KATHERINE

**Referral ID:** 1610298         -  WEST, JERRY
                 1675204         -  WEST, KATHERINE

**Person ID:** 2780175      -  KATHERINE WEST
                 2864165      -  ROGER GAVEL
                 2864867      -  BABYBOY WEST

**SER Text**

T/C to Lewis Ewing at 4:15 pm in response to a message left, 253-226-3741. The call was a conference call

Ewing
01020025

Printed by AMANDA JOHNSON                                            01/03/2006 11:32:15 AM

with Native American Specialist Rachel Brown in attendance.

Mr. Ewing indicated that he wanted to make a complaint against the assigned social worker and that he wanted to know who he could contact in Olympia. He was given the number to Constituent Relations.

I asked Mr. Ewing for information concerning his Native American Status. He indicated to me that he was not going to answer any of my "investigative" questions. He further indicated that he had not called me to answer questions. He went on to say that CPS had no right to ask him any questions about himself or his wife. I explained that knowing his Native American Status would be helpful in notification to the appropriate tribe and the delivery of services to his child and wife. Native American Specialist Rachel Brown echoed the same information to him.

Mr. Ewing was not willing to give any information. He seemed intent on arguing the legal merits of his case. I informed him that he could certainly make his argument to the court. The conversation was concluded at this point.

---

**SER ID:** 9629586      **Activity Date/Time:** 12/21/2005 - 18:10
**User Name:** JAURIGUE, MICHAEL (JAMI300)      **Create Date/Time:** 12/21/2005 - 18:18

**Activity Type:** Supervisory/Administrative Review

**Case ID:** 27D5742210 - WEST,KATHERINE

**Referral ID:** 1610298    - WEST, JERRY
           1675204    - WEST, KATHERINE

**Person ID:** 2780175    - KATHERINE WEST
           2864165    - ROGER GAVEL
           2864867    - BABYBOY WEST

**SER Text**

T/C to Mr. Lewis Ewing to notify of shelter care hearing tomorrow at 1:00 pm. I attempted to telephonically inform him of the hearing. He indicated until he had a written notification with a case number he was not going to attend and hung up the phone.

---

**SER ID:** 9636996      **Activity Date/Time:** 12/22/2005 - 00:00
**User Name:** MOORE, AUDREY (MOAU300)      **Create Date/Time:** 12/23/2005 - 16:42

**Activity Type:** Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:** 27D5742210 - WEST,KATHERINE

**Referral ID:** 1675204    - WEST, KATHERINE

**Person ID:** 2864867    - BABYBOY WEST

**SER Text**

After staffing with Kate Orlando, Michael Jaurigue, Amanda Johnson and Dawn Cooper, I left a message for both parents asking that they call me back so that we could discuss returning their child. Father called me back and was very argumentative, continually quoting RCWs and stating who he was going to sue and why. I explained that I was not an attorney and that I did not call to talk to him about RCWs but that I wanted to talk to him about returning the child. I explained that the child was having difficulty feeding but that if he or mother were

Ewing
01020026

agreeable with going to the PICC faculty in Kent where they could be trained on feeding, and if they could demonstrate that they could feed that we could return the child to them today. He stating that this was not necessary as mother has had three other children and does not need the training. I explained that being trained on feeding was still a requirement due to the child being a difficult feed and explained that I would consult with my supervisor and would call him back.

I called him back and he was still very argumentative and I again explained that I did not want to talk about legal matters, that I just wanted to talk about returning his child and he agreed that if he did not have to sign anything that mother would come to PICC and have the training even though he did not think it was necessary. He said that he could not be there because he was a Federal Attorney and was meeting with a large law firm and had clients to see. I explained that after the child comes home that I would like to be able to contact them and come to their home to see how the child was doing and he said that I could not come to the home. By the end of the conversation he was less argumentative and stated that he was 42 years old and this was his first child and he just wanted his child to be home. He said that they were going to take the child in to a doctor as soon as they picked him up.

I spoke with mother on the phone and she was willing to come to PICC and take the training. I spoke with father again on the phone about directions to PICC and he was not argumentative at that time. I ask if they had a car seat with them and he said that they had a car seat and started to talk about all the baby things they had bought for the baby.

I met mother at PICC and she was very receptive me and to PICC staff and the feeding training. Mother was at PICC for about an hour working with staff on feeding. Mother was very appropriate and nurturing toward the child. When they brought the child to her she cried and held him close and talked to him. She changed him and looked him over stating that she was looking for marks or bruises. She maintained her focus on the child while at PICC, gently talking to him, feeding him, burping him and giving him a kiss every so often. Mother brought a male family friend with her who said he was their spiritual advisor. He talked about raising his own children, he was very appropriate and receptive to CPS and PICC staff. He called father on the phone while he was there and let him know that mom was feeding the child. Mother said that her father was anxious to see the child and that he lives just around the corner from them. PICC staff talked to mom about the child being a difficult feed and that she needed to make sure he was getting the necessary amount of formula and that he needed to have his weight closely monitored. Mother agreed and said that they have a pediatrician for the 5 year old but were not sure that they were going to use the same pediatrician for the baby but that they would get him set up with a pediatrician quickly. Mother talked about breast feeding and we talked again about the importance of continual weight checks, especial if breast feeding due to not being able to monitor how much the child was taking in. Mother took the cards from PICC and said she would call if she had any questions or concerns and I talked to her about PIC services and she agreed to call me if she felt she needed assistance. I explained to mother that my goal was that the child was safe and healthy and she said that was her goal also. I said that if we have the same goal that we should be able to work together and she expressed that CPS and the Department are hard to trust but that but that she did not mean that personally toward me. Mother expressed that she was nervous, and that she had not been able to eat while the baby was not with her, that she felt to "guilty to eat." I explained to mother that I had talked to father about me being able to come to the home and he had said no but that I felt she had some say in that also and she did not respond. Mother agreed to call me tomorrow and let me know how the child fed after he was home.

---

**SER ID:**  9659560                                 **Activity Date/Time:** 12/22/2005 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)      **Create Date/Time:** 01/03/2006 - 10:40

**Activity Type:** Staffing - Other

**Case ID:**    27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204      - WEST, KATHERINE

**Person ID:** 2780175      - KATHERINE WEST
              2864867      - BABYBOY WEST

Ewing
01020027
01/03/2006 11:32:15 AM

**SER Text**

SW me with AA, Dawn Cooper (via phone); Michael Juarigue; Kate Orlando; and Audrey Moore. AA made decision if Mom can appropriately feed baby at PICC, baby can return to her care. Audrey Moore will contact parents to try to engage them. Audrey Moore will be the on going SW for this family.

---

| | | |
|---|---|---|
| **SER ID:** 9630880 | **Activity Date/Time:** 12/22/2005 - 10:55 |
| **User Name:** JONES, PRISCILLA (PRIJ300) | **Create Date/Time:** 12/22/2005 - 10:59 |

**Activity Type:** Records - Disclosure/Discovery

**Case ID:** 27D5742210  -  WEST,KATHERINE

**Person ID:** 2864867  -  BABYBOY WEST

**SER Text**

Shelter Care Discovery completed. Sers from 12/6/05 to 12/12/05. Redacted copy made for Father who is acting as both parents attorney. Copies made for all other parties. Will deliver case to worker this AM.

---

| | |
|---|---|
| **SER ID:** 9643660 | **Activity Date/Time:** 12/28/2005 - 00:00 |
| **User Name:** MOORE, AUDREY (MOAU300) | **Create Date/Time:** 12/28/2005 - 10:56 |

**Activity Type:** Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:** 27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204  -  WEST, KATHERINE

**Person ID:** 2864867  -  BABYBOY WEST

**SER Text**

Mother had agreed to call the social worker to let me know how the feeds were going. Mother has not called.

I left a message for mother asking how things were going with feeding, gave her the number for PICC as a resource if she is having feeding issues, left my number to call, offered to help her located services if needed, reiterated the need to get the baby set up with a pediatrician.

---

| | |
|---|---|
| **SER ID:** 9647079 | **Activity Date/Time:** 12/29/2005 - 00:00 |
| **User Name:** MOORE, AUDREY (MOAU300) | **Create Date/Time:** 12/29/2005 - 07:14 |

**Activity Type:** Parent - Bio/Adopt or Guardian Contact (Includes Face to Face)

**Case ID:** 27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204  -  WEST, KATHERINE

**Person ID:** 2864867  -  BABYBOY WEST

**SER Text**

Mailed letter to both parents giving them the number to PICC In Kent, offering services through PIC through CCS, and encouraging them to use these services at any time. I also encouraged frequent weight checks at the child's pediatrician to ensure proper weight gain. Offered my assistance with services.

---

**SER ID:**  9659673                              **Activity Date/Time:** 01/03/2006 - 00:00
**User Name:** JOHNSON, AMANDA (JOAA300)   **Create Date/Time:**  01/03/2006 - 10:50

**Activity Type:** Transfer/Closing Summary

**Case ID:**   27D5742210  -  WEST,KATHERINE

**Referral ID:** 1675204        - WEST, KATHERINE

**Person ID:** 2780175      - KATHERINE WEST
              2864867      - BABYBOY WEST

**SER Text**

Transfer Summary

Baby Boy West tested positive for Meth and ecstasy at birth. Mother, Katherine West also tested positive for Meth, ecstasy, and marijuana during delivery. Baby Boy West has not been named as of this writing. Baby was transferred to PICC on a VPA, which was signed by Katherine West. A safety plan was created for 5 year old, M███, who resides in the home.
Alleged father, Luis Ewing, has not been cooperative with SW. Luis Ewing is stating he and Katherine are Native America, however, He refused to share information with assigned SW. Luis Ewing appears to be suing department as well as SW. Katherine West initially cooperated with SW, however, has stopped. Katherine West requested to revoke her VPA.
During the baby's visit at Picc, he was experiencing difficulties with feedings. He needed encouragement at the end of each feeding.

Decision was made by AA, that if mother can demonstrate how to feed the baby properly, the baby can return to the mother. Audrey Moore will try to engage the family.

Case will be transferring to on going SW, Audrey Moore.

---