# United States District Court

WESTERN DISTRICT OF WASHINGTON

LUIS ANTHONY EWING, et al.,

      PLAINTIFFS,

    v.

GOOD SAMARITAN HOSPITAL, et al.

      DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5709FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Fed. R. Civ. P. 41(2)(b), this action is **DISMISSED** against the remaining Defendants for failure to prosecute.

October 20, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk