# United States District Court

WESTERN DISTRICT OF WASHINGTON

LUIS ANTHONY EWING, et al.,

    PLAINTIFFS,

        v.

GOOD SAMARITAN HOSPITAL, et al.

    DEFENDANTS

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5709FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Good Samaritan Hospital's Motion for Summary judgment [Dkt # 42] is **GRANTED** and the Plaintiffs' claims against this defendant are dismissed in their entirety, with prejudice.

Defendant Pediatric Interim Care Center's Motion for Summary Judgment Dismissal [Dkt # 55] is **GRANTED** and Plaintiffs' claims against this defendant are dismissedin their entirety, with prejudice.

Defendant City of Puyallup Police Department's Motion for Summary Judgment [Dkt # 59] is **GRANTED** and the Plaintiffs' claims against this Defendant are dismissed in their entirety, with prejudice.

Pursuant to Fed. R. Civ. P. 41(2)(b), this action is **DISMISSED** against the remaining Defendants for failure to prosecute.

October 23, 2009

                                          BRUCE RIFKIN
                                                Clerk

                                          /s/   Pat LeFrois

                                                Deputy Clerk